# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MARY J. CHURLICK, EXECUTRIX OF THE ESTATE OF MARY J. YOHN, DECEASED, | : No. 506 MAL 2016 |
| | : |
| | : Petition for Allowance of Appeal from |
| Respondent | : the **Unpublished Memorandum and** |
| | : **Order** of the Superior Court at No. 1108 |
| | : MDA 2015 entered on June 28, 2016, |
| v. | : **affirming** the Order Entered of the |
| | : Cumberland County Court of Common |
| | : Pleas at No. 12-7476 entered on |
| MANOR CARE OF CARLISLE PA, LLC, | : September 6, 2013 |
| D/B/A , MANORCARE HEALTH SERVICE, CARLISLE, AND HCR MANOR CARE, INCL, MANORCARE INC., HCR HEALTHCARE LLC, HCR HEALTHCARE II, III, AND IV, LLC., | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**                                    **DECIDED:  December 1, 2016**

     **AND NOW**, this 1st day of December, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for further proceedings consistent with our holding in Taylor v. Extendicare Health Facilities, Inc., _____ A.3d _____, 2016 WL 5630669 (filed Sept. 28, 2016).